*No.* _____

1:24-cr-00126-NODJ-BAM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

WENDELL MOTON, DONNIE HICKS AND MCCAEL MARSHALL

I N D I C T M E N T

VIOLATION(S): 18 U.S.C. § 933(a)(3) – Conspiracy to Traffic in Firearms; 18 U.S.C. § 922(g)(1) – Possession of A Firearm By A Felon; 18 U.S.C. §§ 924(d)(1), 934(a)(1)(A), 934(a)(1)(B), 26 U.S.C. § 5872(a), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

/s/
_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____ *, A.D. 20* _____

_____
*Clerk.*

*Bail, $* \_\_ AS PREVIOUSLY SET \_\_

_____

GPO 863 525

## United States v. WENDELL MOTON et al
## Penalties for Indictment

### COUNT 1 (All Defendants):

VIOLATION:   18 U.S.C. § 933(a)(3) – Conspiracy to Commit Firearms Trafficking

PENALTIES:   Maximum of 15 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

### COUNT 2 (MOTON):

VIOLATION:   18 U.S.C. § 922(g)(1) - Felon in possession of a firearm

PENALTIES:   Maximum of 15 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

### COUNTS 3-5 (All Defendants):

VIOLATION:   18 U.S.C. § 922(g)(1) - Felon in possession of a firearm

PENALTIES:   Maximum of 15 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

### FORFEITURE ALLEGATION:

VIOLATION:   18 U.S.C. §§ 924(d)(1), 934(a)(1)(A), 934(a)(1)(B), 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:   As stated in the charging document

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING: CASE No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: FRESNO COUNTY

U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City):
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT – – U.S. vs.**
WENDELL MOTON

Address:

Birth Date: (Optional unless a juvenile)

☑ Male ☐ Alien
☐ Female (if applicable)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
SA JEREMY HUDSON, HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.
1:24-mj-00057

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes If "Yes," give date filed
☐ No
Mo. Day Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

NEXT COURT APPEARANCE IS 6/6/2024

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING: CASE No.

**OFFENSE CHARGED**
☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: FRESNO COUNTY

U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City):
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT – – U.S. vs.**
DONNIE HICKS

Address:

Birth Date: (Optional unless a juvenile)

☑ Male  ☐ Alien
☐ Female  (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA JEREMY HUDSON, HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. 1:24-mj-00057

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

NEXT COURT APPEARANCE IS 6/6/2024

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING: CASE No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: FRESNO COUNTY

U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City): **EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT — U.S. vs.**
MCCAEL MARSHALL

Address:

Birth Date: (Optional unless a juvenile)

☑ Male ☐ Female ☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA JEREMY HUDSON, HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. 1:24-mj-00057

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

DATE OF ARREST:
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY:

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

NEXT COURT APPEARANCE IS 6/6/2024