ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258

Attorney for Defendant
WENDELL MOTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00126 DAD-BAM |
|---|---|
| Plaintiff, | Case No. 1:21-cr-00050 DAD-BAM |
| v. | STIPULATION TO CONTINUE SENTENCING; ORDER |
| WENDELL MOTON, | Date: November 3, 2025 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Robert Veneman-Hughes, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Wendell Moton, that the sentencing hearing in Case No. 1:24-cr-00126 DAD-BAM, and the dispositional hearing in Case No. 1:21-cr-00050 DAD-BAM, currently scheduled for October 6, 2025, may be continued to November 3, 2025.

Defense counsel anticipates being away from the office and without internet access between September 23, 2025, and October 5, 2025, and will not be available to prepare properly for sentencing on October 6, 2025

Because this is a sentencing a time exclusion is not required. However, out of an abundance of cautions the parties agree that all time through the proposed October 6, 2025, sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense

preparation and continuity of counsel, and the delay results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                                            Respectfully submitted,

                                                            ERIC GRANT
                                                           United States Attorney

DATED: August 28, 2025                       /s/ *Robert Veneman-Hughes*
                                                           ROBERT VENEMAN-HUGHES
                                                           Assistant United States Attorney
                                                           Attorney for Plaintiff

DATED: August 28, 2025                       /s/ *Eric V. Kersten*
                                                           ERIC V. KERSTEN
                                                           Attorney for Defendant
                                                           WENDELL MOTON

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to defendant Wendell Moton in Case No. 1:24-cr-00126 DAD-BAM, and the dispositional hearing in Case No. 1:21-cr-00050 DAD-BAM is hereby continued to November 3, 2025, at 10:00 AM in Courtroom 5 before District Court Judge Dale A. Drozd in Fresno.

IT IS SO ORDERED.

Dated:  **August 29, 2025**                              /s/ Dale A. Drozd
                                                              DALE A. DROZD
                                                              UNITED STATES DISTRICT JUDGE