1  ERIC V. KERSTEN, CA Bar #226429
   Attorney at Law
2  1125 T Street
   Fresno, CA 93721
3  Telephone: (559) 326-6258

4  Attorney for Defendant
   WENDELL MOTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WENDELL MOTON,<br><br>Defendant. | Case No.  1:24-cr-00126 DAD-BAM<br>Case No.  1:21-cr-00050 DAD-BAM<br><br>CORRECTED STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date: February 9, 2026<br>Time: !0:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Robert Veneman-Hughes, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Wendell Moton, that the sentencing hearing in Case No. 1:24-cr-00126 DAD-BAM, and the dispositional hearing in Case No. 1:21-cr-00050 DAD-BAM, currently scheduled for November 3, 2025, may be continued to February 9, 2026.

The parties have recently learned of a factor that may affect the guideline calculations in this matter and additional time is requested to attempt to resolve these issues with the United States Probation Office prior to sentencing. In addition, Mr. Moton faces state charges arising from the same investigation underlying the federal charge and the defense is requesting additional time to attempt to reach a global settlement of both cases prior to sentencing.

Because this is a sentencing a time exclusion is not required. However, out of an abundance of cautions the parties agree that all time through the proposed October 6, 2025

sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and continuity of counsel, and the delay results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: October 27, 2025         /s/ *Robert Veneman-Hughes*
                                ROBERT VENEMAN-HUGHES
                                Assistant United States Attorney
                                Attorney for Plaintiff

DATED: October 27, 2025         /s/ *Eric V. Kersten*
                                ERIC V. KERSTEN
                                Attorney for Defendant
                                WENDELL MOTON

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing for Wendell Moton in Case No. 1:24-cr-00126 DAD-BAM, as well as the dispositional hearing in Case No. 1:21-cr-00050 DAD-BAM are continued to February 9, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **October 28, 2025**                    *Dale A. Drozd*
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE